[No. 26008-9-III.   Division Three.   January 17, 2008.]

CURTIS COILA, *Respondent*, v. NORMA ZUG, *Individually and as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-2-01062-2, Donald W. Schacht, J., entered March 7, 2007. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 26216-2-III.   Division Three.   January 17, 2008.]

SANDRA VANDE HEY, *Appellant*, v. WALLA WALLA COMMUNITY HOSPICE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-2-00323-4, Robert L. Zagelow, J., entered May 16, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J. Pro Tem.

[No. 57254-7-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES G. ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00023-7, Vickie I. Churchill, J., entered October 12, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57936-3-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY DALE ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-10528-0, Michael S. Spearman, J., entered March 21, 2006. *Affirmed* by unpublished per curiam opinion.